RECEIVED
IN LAKE CHARLES, LA
FEB 16 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RODNEY WILLIAMS | : | DOCKET NO. 2:06 CV 1547 |
| VS. | : | JUDGE MINALDI |
| CLASSIC LOCKSMITH, LLC, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the motion dismiss filed by Fluor Enterprises Inc. ("Fluor") [doc. 10] is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15 day of February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT